ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
**PATTI, SGRO, LEWIS & ROGER**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Terry Davis*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * *

| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-00298-JCM-GWF |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE INITIAL APPEARANCE |
| TERRY DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between TERRY DAVIS, Defendant herein, by and through his counsel ANTHONY P. SGRO, ESQ., and the UNITED STATES OF AMERICA, by and through its counsel, DANIEL G. BOGDEN, United States Attorney, and JIAMIN CHEN, Assistant United States Attorney, that the initial appearance hearing of Monday, December 28, 2015 at 3:00 PM in courtroom 3A before the Honorable George Foley be continued for a period of seven (7) days to a date and time set by this Court.

This stipulation is entered into for the following reasons:

1.  Defense counsel is unavailable on December 28, 2015 to attend the initial appearance; and

2.  The United States does not object to a continuance of seven (7) days.

.

| | |
|---|---|
| DATED: December 23, 2015 | DATED: December 23, 2015 |
| **PATTI, SGRO, LEWIS & ROGER** | **UNITED STATES ATTORNEY'S OFFICE** |
| ANTHONY P. SGRO /S/ | /s/ |
| ANTHONY P. SGRO, ESQ.<br>Nevada State Bar No. 3811<br>720 S. 7th Street, 3rd Floor<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant | JIAMIN CHEN<br>Assistant United States Attorney |

## ORDER

**IT IS HEREBY ORDERED** that the initial appearance hearing on Defendant Terry Davis' Violation of Supervised Release is hereby rescheduled to the 4th day of January 2016, at the hour of 3:00 p.m. in Courtroom 3B.

DATED this 28th day of December, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**PATTI, SGRO, LEWIS & ROGER**

By: ANTHONY P. SGRO /S/
_____
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Attorneys for Defendant Terry Davis