ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
KEITH D. WILLIAMS, ESQ.
Nevada Bar No. 10796
**PATTI, SGRO, LEWIS & ROGER**
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
Telephone No.: (702) 385-9595
Facsimile No.: (702) 386-2737
*Attorneys for Defendant Terry Davis*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15CR00298 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SUPERVISED RELEASE REVOCATION HEARING/INITIAL APPEARANCE CURRENTLY SCHEDULED FOR 4/25/16** |
| TERRY DAVIS, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between TERRY DAVIS, Defendant by and through his counsel ANTHONY P. SGRO, ESQ. and KEITH D. WILLIAMS, ESQ. of the law firm of PATTI, SGRO, LEWIS & ROGER and Plaintiff, UNITED STATES OF AMERICA, by and through their counsel, BRANDON C. JAROCH, ESQ., Assistant United States Attorney of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  the UNITED STATES ATTORNEY'S OFFICE, that the Supervised Release Revocation
2  Hearing/Initial Appearance currently scheduled for April 25, 2016 at the hour of 10:30 a.m. be
3  continued to May 12, 2016 at 10:00 a.m.

DATED:  April 22, 2016                                             DATED:  April 22, 2016

**PATTI, SGRO, LEWIS & ROGER**                     **UNITED STATES ATTORNEY'S OFFICE**

 /s/  Keith D. Williams                                               /s/  Brandon C. Jaroch
_____                           _____
ANTHONY P. SGRO, ESQ.                                      BRANDON C. JAROCH, ESQ.
KEITH D. WILLIAMS, ESQ.                                    Assistant United States Attorney
720 So. 7th Street, 3rd Floor                                    201 Las Vegas Blvd. South
Las Vegas, Nevada 89101                                        Suite 1100
*Attorneys for Defendant*                                         Las Vegas, Nevada 89101
                                                                                  *Attorney for Plaintiff*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# ORDER

**IT IS HEREBY ORDERED** that the Initial Appearance/Revocation Hearing is hereby rescheduled to the 12th day of May, 2016, at the hour of 10:00 a.m.

IT IS SO ORDERED April 22, 2016.

_____
**UNITED STATES DISTRICT JUDGE**

*Respectfully submitted by:*

**PATTI, SGRO, LEWIS & ROGER**

By: /s/ Keith D. Williams
_____
ANTHONY P. SGRO, ESQ.
KEITH D. WILLIAMS, ESQ.
720 South Seventh St., Third Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant, Terry Davis*

*USA vs. Terry Davis, Case No. 2:15-cr—298-JCM-GWF*